UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

DALE M. PEDRETTI,

    Petitioner,

v.

M. CRUZ, Warden,
    Federal Prison Camp – Duluth,

    Respondent.

Civil No. 09-86 (JMR/JSM)

**ORDER**

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Janie S. Mayeron dated January 28, 2010. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge and all of the files, records, and proceedings herein,

IT IS HEREBY ORDERED that:

1. The Petitioner's application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 is DENIED as moot, and

2. Respondent's Motion to Dismiss [Docket No. 12] is GRANTED.

Dated: February 23, 2010

                                      s/James M. Rosenbaum
                                      JAMES M. ROSENBAUM
                                      United States District Court Judge